**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01854-LTB

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,
LOCAL NO. 7,. AFL-CIO, CLC,

       Plaintiff,

v.

KING SOOPERS INC., a Division of DILLION COMPANIES, INC., a Kansas corporation,

       Defendant.

___

**ORDER**
___

Upon Plaintiff's Motion to Dismiss (Doc 11 - filed October 1, 2012), and being fully advised in the premises, it is

ORDERED that this matter shall be **DISMISSED**, each party to pay their own fees and costs.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc 4) and Motion to Dismiss First Amended Complaint (Doc 9) are DENIED AS MOOT.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   October 2, 2012